FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'16 JUN 29 AM 11: 34


CLERK_____
          SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

XAVIER DANIELS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV615-143
)
COMMISSIONER BRIAN OWENS, )
individually and in his official )
capacity; WARDEN STANLEY )
WILLIAMS, individually and in )
his official capacity; DEAL, )
Deputy of Warden Security, )
individually and in his official )
capacity; CORRECTIONAL OFFICER, )
G-2 dormitory, name unknown, )
individually and in his official )
capacity; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, all claims in this case are **DISMISSED** with the exception of Plaintiff's claims against Defendants Williams and Deal in their individual capacities. In addition, Plaintiff's Motion for Appointment of Counsel (Doc. 6) is **DENIED**.

SO ORDERED this 28th day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA